UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-8360-MWF(KSx)** Date: October 30, 2026

Title ***Trustees of the Southern California Glaziers, Architectural Metal and Glass Workers Health and Welfare Trust, et al. v. Marc Anthony Glazing Contractor, Inc.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| --- | --- |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiffs have requested a Court trial, and Defendant has requested a jury trial. (*See* Complaint, Docket No. 1; Answer to Complaint, Docket No. 11; Joint Rule 26(f) Report, Docket No. 14). The Court will file an Order Re Jury Trial.

Defendant is ORDERED TO SHOW CAUSE (the "OSC") why it is entitled to a jury trial in this matter. Alternatively, Defendant may withdraw his jury demand, and the Court will re-set this matter for a Court trial. Defendant's response to this OSC shall be filed no later than NOVEMBER 13, 2026. Plaintiffs may file a response to Defendant's Response to OSC no later than NOVEMBER 25, 2026.

IT IS SO ORDERED.